UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGORY HOLDER

                              Plaintiff,

              -against-                        :        26-cv-4527 (ALC)

CENTRAL PARK CON SERVANCY              :        ORDER


                              Defendant.

ANDREW L. CARTER, JR., United States District Judge:

Defendant is ORDERED to respond to Plaintiff's motion to remand by June 5, 2026.

Any reply from Plaintiff is due by June 9, 2026.

SO ORDERED.

Dated:    June 2, 2026
          New York, New York

                                        ANDREW L. CARTER, JR.
                                        United States District Judge