UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGORY HOLDER

                          Plaintiff,

              -against-                          26-cv-4527 (ALC)

CENTRAL PARK CONSERVANCY            ORDER


                          Defendant.


ANDREW L. CARTER, JR., United States District Judge:

In light of Defendant's letter response consenting to this case being remanded,

Plaintiff's motion to remand is GRANTED. The Clerk of Court is respectfully directed to

terminate ECF No. 5 and to remand this action to state court.


SO ORDERED.
Dated:   June 10, 2026
         New York, New York

                                        ANDREW L. CARTER, JR.
                                        United States District Judge